FILED

MAR 21 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ANGELO BARCELO, | ) 4:19CR226 CDP/SPM ) |
| Defendant. | ) ) |

## INDICTMENT

The Grand Jury Charges:

### COUNT 1

(Fraudulently Effecting Transactions)

Between on or about November 1, 2016 and continuing to on or about April 3, 2017, in the Eastern District of Missouri, the defendant,

**ANGELO BARCELO,**

in a matter affecting interstate commerce, knowingly and with intent to defraud used an access device issued to his employer in order to effect transactions with an aggregate value of more than $1,000.00, that being more than $27,000.00.

In violation of Title 18, United States Code, Section 1029(a)(5).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
TRACY LYNN BERRY - 014753 TN
Assistant United States Attorney

2

9